# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

SCANNED

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:06CR221(A)          Recorder: CS 9/18/2006          Date: 09/18/2006

Present: The Honorable Paul L. Abrams, U.S. Magistrate Judge

Court Clerk: Maria Cortez                    Assistant U.S. Attorney: Judith Heinz

| United States of America v. | Attorney Present for Defendant | Language(s) | Interpreter |
|---|---|---|---|
| WILLIAM SHAQUL BENJAMIN aka "William S. Benjamin"; aka "William Shaoul Koriel"; aka "William Shawel"; aka "William Shawel Goreal"; aka "William Sha'oul Koriel Benjamin"; aka "William Sha'oul"  Custody - Present | Michael Rabb  RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is true name William Shaoul Benjamin.

Defendant is given a copy of the First Superseding Indictment, acknowledges receipt of a copy and waives reading thereof.

Court orders this case assigned to the calendar of U.S. District Judge Margaret M. Morrow for/and trial setting, further proceedings this date, September 18, 2006 at 3:00 pm. Defendant and his/her counsel are ordered to appear before said judge at the date and time indicated.

Other:Defense counsel advises the court that defendant, William Shaoul Benjamin, intends to plea not guilty before Judge Morrow.

Initials of Deputy Clerk:

DOCKETED ON CM

SEP 19 2006

BY

cc: PSA, USMLA, Statistics